UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

DEC 1 8 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | **CRIMINAL NO.:SA-19-CR-842-DAE** |
| | § | |
| Plaintiff, | § | **First Superseding Indictment** |
| | § | Cts 1-3: 18 U.S.C. § 472 |
| VS. | § | Passing or Uttering Counterfeit |
| | § | Obligations or Securities |
| CLARENCE LESTER LEE (1), | § | |
| CLARENCE JESUS LEE (2), and | § | |
| ROCHELLE LEE a.k.a. | § | |
| ROCHELLE DENISE SWINDELL (3), | § | |
| | § | |
| Defendants. | § | |

THE GRAND JURY CHARGES:

## COUNT ONE
### [18 U.S.C. § 472]

That on or about October 5, 2019, in the Western District of Texas, Defendant,

### CLARENCE LESTER LEE (1),

with intent to defraud, passed, uttered, and published, and attempted to pass, utter, and publish, and kept in possession and concealed any falsely made, forged, counterfeited, or altered obligations of the United States; that is: a Federal Reserve Note in the denomination of one hundred dollars, which he then knew to be falsely made, forged, and counterfeited, in violation of Title 18, United States Code, Section 472.

## COUNT TWO
### [18 U.S.C. § 472]

That on or about October 6, 2019, in the Western District of Texas, Defendant,

### CLARENCE JESUS LEE (2),

with intent to defraud, passed, uttered, and published, and attempted to pass, utter, and publish, and kept in possession and concealed any falsely made, forged, counterfeited, or altered

obligations of the United States; that is: a Federal Reserve Note in the denomination of one hundred dollars, which he then knew to be falsely made, forged, and counterfeited, in violation of Title 18, United States Code, Section 472.

**COUNT THREE**
**[18 U.S.C. § 472]**

That on or about October 10, 2019, in the Western District of Texas, Defendant,

**ROCHELLE LEE**
**a.k.a. ROCHELLE DENISE SWINDELL (3),**

with intent to defraud, passed, uttered, and published, and attempted to pass, utter, and publish, and kept in possession and concealed any falsely made, forged, counterfeited, or altered obligations of the United States; that is: a Federal Reserve Note in the denomination of one hundred dollars, which she then knew to be falsely made, forged, and counterfeited, in violation of Title 18, United States Code, Section 472.

**NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE**
**[*See* Fed. R. Crim. P. 32.2]**

**I.**
**Counterfeiting Violation and Related Forfeiture Statutes**
**[Title 18 U.S.C. § 472,**
**subject to criminal forfeiture pursuant to Title 18 U.S.C. § 982(a)(2)(B) and**
**Title 18 U.S.C. § 492, made applicable to criminal forfeiture by Title 28 U.S.C. 2461(c)]**

As a result of the criminal violations set forth in counts One through Three, the United States gives notice to the Defendants of its intent to seek the forfeiture of property, including the property described below, upon conviction and as part of sentencing pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 982(a)(2)(B) and Title 18 U.S.C. § 492, made applicable to criminal forfeiture by Title 28 U.S.C. 2461(c), which state:

**Title 18 U.S.C. § 982. Criminal forfeiture**
**(a)(2)** The court, in imposing sentence on a person convicted of a violation of, or a conspiracy to violate—
**(B)** section . . . 472 . . . of this title, shall order that the person forfeit to the United States any property constituting, or derived from, proceeds the person obtained directly or indirectly, as the result of such violation.

**Title 18 U.S.C. § 492. Forfeiture of counterfeit paraphernalia**
All counterfeits of any coins or obligation sort her securities of the United States of any foreign government, or any articles, devices, and other things made, possessed, or used in violation of this chapter . . or any material or apparatus used or fitted or intended to be used, in the making of such counterfeits, artifices, devices or other things, found in the possession of any person without authority from the Secretary of the Treasury or other proper officer, shall be forfeited to the United States.

This Notice of Demand for Forfeiture includes but is not limited to the following:

1.  **$5,000.00, More or Less, in United States Currency;**
2.  **Any other currency seized related to the violations above; and**
3.  **Any property used or intended to be used in the violations above.**

A TRUE BILL

████████████████████
FOREPERSON OF THE GRAND JURY


JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
BRIAN NOWINSKI
Assistant United States Attorney